HENRICKS, TRUSTEE OF WARREN TOWNSHIP, *v.* THE
STATE, EX REL. ROBISON.

[No. 18,892.    Filed February 13, 1901.]

SCHOOLS AND SCHOOL DISTRICTS.—*Construction of Joint Schoolhouse.
—Appeal.—Judgment.*—Where upon petition for the construction of
a joint schoolhouse the township trustees disagreed and an appeal
was taken to the county superintendent who decided in favor of the
petitioners, and the trustee who favored the petition purchased a
lot without the knowledge or consent of the other trustee, and the
county superintendent ordered the building constructed thereon,
which last order on appeal to the Supreme Court was reversed, a
judgment ordering the township trustees to construct a joint
schoolhouse in accordance with the original petition, eliminating
the portion of the judgment disapproved by the Supreme Court,
was proper.

From the Clinton Circuit Court.    *Affirmed.*

*C. G. Guenther, A. B. Clark* and *M. A. Morrison,* for appellant.

*O. E. Brumbaugh* and *J. Combs,* for appellee.

BAKER, J.—On a former appeal of this case (*Henricks,
Tr.,* v. *State,* 151 Ind. 454), the judgment was reversed
"with instructions to the court to sustain the motion to correct and modify the judgment and to enter judgment accordingly". In obedience to these instructions the court
sustained the motion and rendered judgment as follows:

"It is therefore considered, adjudged and decreed that a peremptory writ of mandate issue out of and under the seal of this court, to the defendants, Oscar S. Miller, trustee of Owen school township, Clinton county, Indiana, and John M. R. Henricks, trustee of Warren school township, Clinton county, Indiana, commanding them to erect a joint schoolhouse at the town of Geetingsville, in Clinton county, Indiana, of sufficient capacity for the accommodation of the school children residing in school district number one in Owen township in Clinton county, Indiana, and the school children residing in school district number three in Warren township in Clinton county, Indiana, as prayed for in the petitions presented to said defendants by the patrons of said school districts on the 17th day of April, 1896, and as approved on appeal to James H. Grover, county superintendent of Clinton county, Indiana, by the decision and order made and entered by said county superintendent on the 22nd day of June, 1896, and commanding said defendants to proceed forthwith to erect such joint schoolhouse as prayed for in said petitions and approved by the said county superintendent and to complete such joint schoolhouse ready for such use, and this the defendants will not omit under the pains and penalties of a contempt of this court." Appellant moved the court for further modifications on the theory that the court had not properly complied with the instructions of this court, and has appealed from the court's denial of his motion.

On the former appeal, the part of the judgment that was disapproved by this court was founded on the county superintendent's order of July 14, 1896, directing the two trustees to erect the schoolhouse on certain land purchased by one of the trustees without the knowledge or consent of the other. That part of the first judgment has been eliminated. The present judgment is in accordance with the complaint and alternative writ and the instructions given by this court on the former appeal.

Judgment affirmed.